No. 92, Misc. ZEMAN v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 93, Misc. JOHNSON v. ILLINOIS SUPREME COURT. Supreme Court of Illinois. Certiorari denied.

No. 95, Misc. BARUTHA, DOING BUSINESS AS R. B. TRUCKING Co., v. PRENTICE, TRUSTEE. C. A. 7th Cir. Certiorari denied. *David Previant* for petitioner. *Henry G. Petersen, Jr.* for respondent. 

No. 97, Misc. MARINGER v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 100, Misc. TIPTON v. OHIO. Court of Appeals of Ohio, First Appellate District. Certiorari denied.

No. 102, Misc. PRESECAN v. CLAUDY, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied. 

No. 104, Misc. MACK v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 106, Misc. CANNON v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 107, Misc. MILLER v. SUPERINTENDENT OF SPRING GROVE STATE HOSPITAL. Court of Appeals of Maryland. Certiorari denied. 

No. 110, Misc. GOLDBERG v. MOSES ET AL. Court of Appeals of New York. Certiorari denied.